UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

LEROY GRANT,

                Plaintiff,

  v.

HARBOR TRUCKING LTD, *et al.*,

                Defendants.

Case No. 6:26-cv-00011-AA

**CASE MANAGEMENT ORDER**

AIKEN, Judge:

    **A.**    **General Directions**

All documents described below shall be filed using the District Court's CM/ECF system.

With questions, contact            Courtroom Deputy Cathy Kramer
                                              (541) 431-4102
                                              cathy_kramer@ord.uscourts.gov

    **B.**    **Scheduling**

Judge Aiken generally does not hold Rule 16 conferences. Soon after a case is filed, the Court will issue a scheduling order with deadlines for discovery, the Alternative Dispute Resolution report, and the Pretrial Order. If the parties wish to alter that schedule, they should confer and submit a joint proposed case schedule to the Court. If the parties cannot agree on a case schedule, they shall (1) request a telephonic status conference to settle the scheduling dispute and (2) submit a joint letter of no longer than three pages, filed at least two days before the telephonic status conference, setting out their respective positions.

Absent exigent circumstances, a motion to extend case deadlines, even when unopposed, should be received at least five days before the current deadline.

### C. Discovery Disputes

Judge Aiken does not permit motions to compel without leave. If the parties need the Court's assistance resolving a discovery dispute, they should (1) request a telephonic status conference and (2) submit a joint letter of no longer than five pages, filed at least five days before the telephonic status conference, setting out their respective positions. Judge Aiken will order the filing a formal motion and briefs only if necessary following the telephonic status conference.

### D. Trial

Absent unusual circumstances, Judge Aiken generally does not set dates for trial until discovery is complete and dispositive motions, if any, have been resolved. The parties are encouraged to contact the Court to schedule a telephonic scheduling conference either at the close of discovery (if no dispositive motions will be filed) or after a ruling on dispositive motions.

### E.   Settlement Conferences

At any point in the litigation, Judge Aiken is ready to schedule a settlement conference before a District of Oregon judge.  The parties are encouraged to request such a conference as early in the process as they believe it would be helpful.

IT IS SO ORDERED.

DATED this 6th day of JANUARY, 2026.

/s/ Ann Aiken
ANN AIKEN
United States District Judge